# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 1:21-CR-249-LY-(02) |
| § | |
| OTIS NEAL § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Modification of Conditions of Release, Dkt. 29. The District Court referred the motion to the undersigned for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 30. Defendant seeks to modify the Order Setting Conditions of Release, Dkt. 17, to change Condition 7(n) to remove the "random urinalysis program" condition. Dkt. 29.

The Government and U.S. Pretrial Services do not oppose the motion. *Id.* The motion notes that Mr. Neal has been participating in the program since his release, and that Pretrial Services reports that Mr. Neal has complied with the program and is doing well. *Id.* The motion argues that the varying time and frequency of the random urinalysis program interferes with Mr. Neal's work schedule. *Id.*

For all of these reasons, the Court **GRANTS** Defendant's Unopposed Motion for Modification of Conditions of Release, Dkt. 29, and hereby modifies the Order Setting Conditions of Release, Dkt. 17, to change Condition 7(n) to remove the "random urinalysis program" condition.

SIGNED January 20, 2022.

                                                                     _____
                                                                     DUSTIN M. HOWELL
                                                                     UNITED STATES MAGISTRATE JUDGE